JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | ) Case No. CV 12-2290-CJC (DTB) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| CAPTAIN J. LUNDY, et al., | ) |
| Respondents. | ) |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   March 26, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE